IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GNC FRANCHISING, INC., | Civil Action No. 05-0270 |
| Plaintiff, | Gary L. Lancaster |
| v. | United States District Judge |
| TIM O'BRIEN, DOROTHY O'BRIEN, AND BISCAYNE NUTRITIONAL SERVICES, INC., | Lisa P. Lenihan United States Magistrate Judge |
| Defendants. | |

### [PROPOSED] ORDER

AND NOW, this 20th day of June 2006, upon consideration of the plaintiff's report, it is hereby ORDERED that discovery shall be extended until October 6, 2006 solely for the purpose of completing the deposition of Tim O'Brien and taking the deposition of Dorothy O'Brien.

Defendants shall answer the outstanding interrogatories and complete the production of documents by June 30, 2006.

BY THE COURT:

_/s/ Lisa P. Lenihan_
Lisa P. Lenihan
United States Magistrate Judge