IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GNC FRANCHISING, INC.,

        Plaintiff,

    v.

TIM O'BRIEN, DOROTHY O'BRIEN, AND
BISCAYNE NUTRITIONAL SERVICES,
INC.,

        Defendants.

Civil Action No. 05-0270

Gary L. Lancaster
United States District Judge

Lisa P. Lenihan
United States Magistrate Judge

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the dismissal, with prejudice, of all claims and counterclaims between Plaintiff and

Defendants. Pursuant to Rule 41(a)(1)(ii), this Stipulation of Dismissal is signed by or on behalf

of all parties who have appeared in this action. Each party shall bear its own costs, attorneys'

fees and expenses.

Respectfully submitted,

/s/ Kevin Batik
Gordon Schmidt
Pa. Id. No. 21265
Kevin Batik
Pa. Id. No. 89209
McGuireWoods LLP
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222
(412) 667-6000
Attorneys for Plaintiff

Respectfully submitted,

/s/ Gerald A. Marks
Gerald A. Marks
David Paris
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701
(732) 747-1000
Attorneys for Defendants

SO ORDERED, this _13_ day of June, 2008.

Gary L. Lancaster, U.S. District Judge